# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DAVID CARABALLO,

                                  Plaintiff,    NOTICE OF MOTION

         -against-

                                                      18 Civ. 10335 (ER) (SN)

CITY OF NEW YORK, JONATHAN EPPS, JONATHAN
SUERO, and ANTHONY MANGANO,

                                Defendants.
------------------------------------------------------------------------x

| | |
|---|---|
| MOTION MADE BY: | Plaintiff David Caraballo |
| RETURN DATE & TIME: | A date and time to be determined by the Court. |
| PLACE: | Before the Honorable Edgardo Ramos at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007. |
| SUPPORTING PAPERS: | Declaration of Gregory P. Mouton, Jr., Esq., dated July 10, 2020, and the exhibits annexed thereto; the accompanying Memorandum of Law In Support dated July 10, 2020; and all of the papers and proceedings herein. |
| RELIEF REQUESTED: | An Order pursuant to Fed. R. Civ. P. 54(b) and/or Local R. 6.3 (1) granting Mr. Caraballo reconsideration of the Court's July 26, 2020, Order; (2) compelling Defendants to produce the entire underlying disciplinary files for the Disclosed Disciplinary Investigations; (3) compelling Defendants to produce labeled photographs of the individual defendants; and (4) such other and further relief as the Court may deem just and necessary. |
| ANSWERING PAPERS: | Pursuant to Local Civil Rule 6.1, any opposing affidavits and answering memoranda of law shall be served within fourteen days after service of the moving papers. |
| | Pursuant to Local Civil Rule 6.1, any reply affidavits and reply memoranda of law shall be served within seven days after service of the answering papers. |

Dated: New York, New York
       July 10, 2020

                              By: /s/
                                   Gregory P. Mouton, Jr., Esq.
                                   Law Office of Gregory P. Mouton, Jr., LLC
                                   *Attorneys for Plaintiff David Caraballo*
                                   1441 Broadway, 6th Floor
                                   New York, NY 10018
                                   Phone & Fax: (646) 706-7481

To:

New York City Law Department (via ECF)
*Attorneys for Defendants*
100 Church Street
New York, NY 10007

---

The defendants are directed to respond by Friday, July 17.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: Jul. 13, 2020
New York, New York