UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID CARABALLO,

                Plaintiff,

– against –

CITY OF NEW YORK, JONATHAN EPPS, JONATHAN SUERO, *and* ANTHONY MANGANO,

                Defendants.

**ORDER**

18 Civ. 10335 (ER)

RAMOS, D.J.:

    According to the latest amendment to this matter's Civil Discovery Plan and Scheduling Order, Doc. 23, discovery in this case concluded on June 24, 2020. Given that the Court ruled on Caraballos' motion for reconsideration on August 20, 2020, Doc. 39, the parties are ordered to submit a joint letter by August 28, 2020, proposing an amended discovery schedule, should more time be needed, or a proposed schedule for filing dispositive motions.

It is SO ORDERED.

Dated:   August 21, 2020
           New York, New York

                                          EDGARDO RAMOS, U.S.D.J.