UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID CARABALLO,

                                            Plaintiff,

-against-

CITY OF NEW YORK ET AL,

                                            Defendants.

**ORDER TO PRODUCE INMATE FOR DEPOSITION**

18 Civ. 10335 (ER)

------------------------------------------------------------------------ x

**Edgardo Ramos, United States District Judge:**

Upon the application of defendants for leave to take the deposition of plaintiff, David Caraballo, an inmate within the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility, the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility, located in Rome, New York, produce inmate David Caraballo, Department Identification No. 18A0655, within the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility for the taking of his deposition by video on or about Thursday, March 24, 2021 at 10:00 a.m. and for so long thereafter as the deposition continues; (2) that inmate David Caraballo, Department Identification No. 18A0655 also be produced on March 23, 2021 at 10:00am to meet with his counsel, Gregory P. Mouton, and (3) that plaintiff appear in such place as designated by the Superintendent or other official in charge of the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility so that his deposition may be taken by video.

Dated: March 9, 2021
        New York, New York

                                                                   SO ORDERED

                                                                   _____
                                                                   Honorable Edgardo Ramos
                                                                   United States District Judge