UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID CARABALLO,

                                   Plaintiff,

                 -against-

CITY OF NEW YORK ET AL,

                            Defendants.

------------------------------------------------------------------------ x

**ORDER TO PRODUCE
INMATE FOR VIDEO
CONFERENCE**

18 Civ. 10335 (ER)

**Edgardo Ramos, United States District Judge:**

      **WHEREAS**, the Court issued an Order on March 10, 2021, directing the plaintiff, David Caraballo,

an inmate within the New York State Department of Corrections and Community Supervision Mohawk

Correctional Facility, be produced for a deposition by video on March 24, 2010, at 10:00 a.m.; and

      **UPON THE APPLICATION** of Mr. Caraballo's attorney, Gregory Mouton, Jr., Esq., seeks leave

of the Court to meet with Mr. Caraballo by video on March 23, 2021, at 10:00 a.m.:

      **IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of the New

York State Department of Corrections and Community Supervision Mohawk Correctional Facility, located

in Rome, New York, produce inmate David Caraballo, Department Identification No.  18A0655, within the

New York State Department of Corrections and Community Supervision Mohawk Correctional Facility be

produced on March 23, 2021, at 10:00 a.m. to meet with his attorney, Gregory P. Mouton, Jr., Esq., by

video; and (2) that plaintiff appear in such place as designated by the Superintendent or other official in

charge of the New York State Department of Corrections and Community Supervision Mohawk

Correctional Facility so that this meeting may be done by video.

Dated:   <u>March 11, 2021</u>

      New York, New York

                                         SO ORDERED

                                         Honorable Edgardo Ramos
                                         United States District Judge