UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID CARABALLO,

                                          Plaintiff,                                     **18-CV-10335 (ER)(SN)**

                -against-                                        **SETTLEMENT CONFERENCE ORDER**

CITY OF NEW YORK, et al.,

                                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Defendant's motion to adjourn the settlement conference scheduled for June 11, 2021, is GRANTED. The settlement conference previously scheduled for June 11, 2021, at 10:00 a.m., is now RESCHEDULED for Friday, July 9, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, July 2, 2021. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

      The Clerk of Court is respectfully directed to grant the motion at ECF No. 70.

**SO ORDERED.**

                                                                          _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:       June 9, 2021
                    New York, New York