UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

DAVID CARABALLO,

                Plaintiff,

    -against-

CITY OF NEW YORK ET AL,

                Defendants.

------------------------------------------------------------------ x

**ORDER TO PRODUCE INMATE FOR TELEPHONE SETTLEMENT CONFERENCE**

18 Civ. 10335 (ER)

**Sarah Netburn, United States Magistrate Judge:**

    **WHEREAS**, the Court has scheduled a settlement conference to occur on July 9, 2021, at 10:00 a.m. to be held telephonically; and

    **UPON THE APPLICATION** of Mr. Caraballo's attorney, Gregory Paul Mouton, Jr., Esq., which seeks leave of the Court to for Mr. Caraballo to appear at said settlement conference:

    **IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility, located in Rome, New York, produce inmate David Caraballo, Department Identification No. 18A0655, within the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility be produced on July 9, 2021, at 10:00 a.m. to participate in the settlement conference by telephone; and (2) that plaintiff appear in such place as designated by the Superintendent or other official in charge of the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility so that this settlement conference may be done by telephone.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: June 11, 2021
        New York, New York