USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____07/09/2021____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

DAVID CARABALLO,

                          Plaintiff,

            -against-

CITY OF NEW YORK ET AL,

                     Defendants.

-------------------------------------------------------------------- x

**ORDER TO PRODUCE
INMATE FOR TELEPHONE
CONFERENCE**

18 Civ. 10335 (ER)

**Sarah Netburn, United States Magistrate Judge:**

      **WHEREAS**, the Court held a settlement conference which occurred on July 9, 2021; and

      **UPON THE APPLICATION** of Mr. Caraballo's attorney, Gregory Paul Mouton, Jr., Esq., which seeks leave of the Court for Mr. Caraballo to appear for a telephone conference with Mr. Mouton to discuss the recommendation of the Court;

      **IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility, located in Rome, New York, produce inmate David Caraballo, Department Identification No. 18A0655, within the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility be produced on July 13, 2021, at 12:00 p.m. to participate in the conference by telephone; and (2) that plaintiff appear in such place as designated by the Superintendent or other official in charge of the New York State Department of Corrections and Community Supervision Mohawk Correctional Facility so that this conference may be done by telephone.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: July 9, 2021
        New York, New York