UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

DAVID CARABALLO,

                             Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

                             Defendants.

------------------------------------------------------x

**ORDER TO PRODUCE**

18-CV-10335 (ER)

Edgardo Ramos, United States District Judge:

Upon the application of defendants for leave to take the deposition of plaintiff, **DAVID CARABALLO DIN No. 18A0655**, an inmate currently in the custody of Mohawk Correctional Facility, and the Court having granted leave for the taking of plaintiff's deposition pursuant to FED. R. CIV. P. 30(a)(2)(B):

**IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of Mohawk Correctional Facility, located in Rome, New York, produce inmate David Caraballo, DIN No. 18A0655, at a location within the facility with video conference capabilities for the taking of his deposition on January 26, 2022, at 10:00 a.m., and for so long thereafter, as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of Mohawk Correctional Facility so that his deposition may be taken.

Dated: New York, New York
        __January 22__, 2022

                                                        HON. EDGARDO RAMOS, U.S.D.J.