**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID CARABALLO,

                Plaintiff,

    -against-                                18 **CIVIL** 10335 (ER)

                                                **JUDGMENT**

CITY OF NEW YORK, JONATHAN EPPS,
JONATHAN SUERO, and ANTHONY
MANGANO,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 29, 2023, Defendants' motion for summary judgment pursuant to the General Release is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2023

                                                       **RUBY J. KRAJICK**

                                                      _____
                                                           **Clerk of Court**

                            **BY:**            *K. Mango*

                                                          _____
                                                           **Deputy Clerk**